UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 25-1189 _____ as

☐ Retained   ☐ Court-appointed(CJA)   ☐ CJA associate   ☐ Court-assigned(non-CJA)   ☐ Federal Defender

☐ Pro Bono   ☑ Government

COUNSEL FOR: Donald J. Trump, et al. (see addendum for full list) _____

_____ as the
(party name)

☑ appellant(s)   ☐ appellee(s)   ☐ petitioner(s)   ☐ respondent(s)   ☐ amicus curiae   ☐ intervenor(s)   ☐ movant(s)

s/ Jack Starcher
_____
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

| Jack Starcher | 202-514-8877 |
|---|---|
| Name (printed or typed) | Voice Phone |

| U.S. Department of Justice, Civil Division, Appellate Staff | |
|---|---|
| Firm Name (if applicable) | Fax Number |

950 Pennsylvania Ave., NW, Room 7515

| Washington, DC 20530 | john.e.starcher@usdoj.gov |
|---|---|
| Address | E-mail address (print or type) |

---

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

_____        _____
Signature                                                Date

1/28/2020 SCC

LIST OF PARTIES REPRESENTED

Donald J. Trump
Dorothy Fink
Department of Health and Human Services
Department of Education
Denise Carter
Department of Labor
Vincent Miconei
Department of Interior
Doug Burgum
Department of Commerce
Jeremy Pelter
Department of Agriculture
Gary Washington
Department of Energy
Ingrid Kolb
Department of Transportation
Sean Duffy
Department of Justice
James McHenry
National Science Foundation
Sethuraman Panchanathan
Office of Management and Budget
Matthew Vaeth