UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __25-1189__ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ CJA associate  ☐ Court-assigned(non-CJA)  ☐ Federal Defender
☑ Pro Bono  ☐ Government

COUNSEL FOR: National Association of Diversity Officers in Higher Education, et al.

(see addendum for full list of parties represented) _____ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)  ☐ movant(s)

/s/ Aleshadye Getachew
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's **Manage My Account**.

Aleshadye Getachew                          202-448-9090
Name (printed or typed)                     Voice Phone

Democracy Forward Foundation                202-796-4426
Firm Name (if applicable)                   Fax Number

P.O. Box 34553

Washington, D.C. 20043                      agetachew@democracyforward.org
Address                                     E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

_____                          _____
Signature                                              Date

1/28/2020 SCC           **Print for PDF for Filing**       **Reset Form**

## **Full List of Parties Represented**

National Association of Diversity Officers in Higher Education (Plaintiff-Appellee)

American Association of University Professors (Plaintiff-Appellee)

Restaurant Opportunities Centers United (Plaintiff-Appellee)

Mayor and City Council of Baltimore, Maryland (Plaintiff-Appellee)