UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** _____ as

[ ]Retained  [ ]Court-appointed(CJA)  [ ]CJA associate  [ ]Court-assigned(non-CJA)  [ ]Federal Defender

[ ]Pro Bono  [ ]Government

COUNSEL FOR: _____

_____as the
(party name)

appellant(s)    appellee(s)    petitioner(s)    respondent(s)    amicus curiae    intervenor(s)    movant(s)

_____
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

_____        _____
Name (printed or typed)                 Voice Phone

_____        _____
Firm Name (if applicable)               Fax Number

_____

_____        _____
Address                                 E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ] personal delivery; [ ] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

_____        _____
          Signature                                 Date

1/28/2020 SCC

## **Full List of Parties Represented**

- National Association of Diversity Officers in Higher Education (Plaintiff-Appellee)
- American Association of University Professors (Plaintiff-Appellee)
- Restaurant Opportunities Centers United (Plaintiff-Appellee)
- Mayor and City Council of Baltimore, Maryland (Plaintiff-Appellee)