# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 5, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1189,   <u>Natl. Assoc. of Diversity Officers in Higher Edu. v. Donald Trump</u>
1:25-cv-00333-ABA

TO:   National Association of Diversity Officers in Higher Education
American Association of University Professors
Mayor and City Council of Baltimore, Maryland
Restaurant Opportunities Centers United

RESPONSE DUE: 03/10/2025

Response is required to the motion for stay pending appeal on or before 03/10/2025.

Cyndi Halupa, Deputy Clerk
804-916-2704