# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-1189, Nat'l Ass'n Diversity Officers in Higher Ed. v. Trump |
| **Originating No. & Caption** | 25-333, Nat'l Ass'n Diversity Officers in Higher Ed. v. Trump |
| **Originating Court/Agency** | District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 USC 1292(a)(1) |
| Time allowed for filing in Court of Appeals | 60 days under FRAP 4(a)(1)(B) |
| Date of entry of order or judgment appealed | 2/21/25 |
| Date notice of appeal or petition for review filed | 2/24/25 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | |
| Date order entered disposing of any post-judgment motion | |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final judgment or order? | ○ Yes    ⦿ No |
| If appeal is not from final judgment, why is order appealable? Preliminary injunction | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ◉ Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiffs (the Mayor and City Council of Baltimore and three associations) challenge three provisions of two Executive Orders addressing diversity, equity, and inclusion (DEI) programs. See Executive Order No. 14,151, 90 Fed. Reg. 8339 (Jan. 20, 2025); Executive Order No. 14,173, 90 Fed. Reg. 8633 (Jan. 21, 2025).

Plaintiffs allege that the challenged provisions violate the First and Fifth Amendments. On February 21, the district court granted a preliminary universal injunction. On March 3, the district court denied defendants' motion for a stay pending appeal. On March 10, the district court issued a "Clarified Preliminary Injunction" stating that the injunction "applies to and binds Defendants other than the President, as well as all other federal executive branch agencies, departments, and commissions, and their heads, officers, agents, and subdivisions directed pursuant to the [Executive] Orders."

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| 1) Whether plaintiffs are likely to prevail on their claim that the Termination Provision violates the Fifth Amendment.<br><br>2) Whether plaintiffs are likely to prevail on their claims that the Report Provision violates the First and Fifth Amendments.<br><br>3) Whether plaintiffs are likely to prevail on their claim that the Certification Provision violates the First Amendment.<br><br>4) Whether the other factors for a preliminary injunction are satisfied.<br><br>5) Whether injunctive relief to nonparties was necessary to provide complete relief to the plaintiffs, and whether the district court has authority to enjoin nondefendants. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Catherine Padhi        **Date:** 3/13/25

**Counsel for:** Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

|   |   |
|---|---|
|   |   |

**Signature:**       **Date:**

**Adverse Parties**

Appellees National Association of Diversity Officers in Higher Education; American Association of University Professors; Restaurant Opportunities Centers United; and Mayor And City Council Of Baltimore, Maryland are represented by:

Alizeh Ahmad
Noah Baron
ASIAN AMERICANS ADVANCING JUSTICE
1620 L Street, NW, Suite 1050
Washington, DC 20036
409-504-2117
aahmad@advancingjustice-aajc.org

Ananda Venkata Burra
Orlando Economos
Aleshadye Getachew
Brooke Menschel
John Sterling Moore
Victoria S. Nugent
Skye Perryman
Niyati Shah
Audrey Jordan Wiggins
DEMOCRACY FORWARD FOUNDATION
P. O. Box 34553
Washington, DC 20043
202-274-7660
aburra@democracyforward.org

**Appellants**

Appellants Donald J. Trump; Dorothy Fink; Department of Health and Human Services; Department of Education; Denise Carter; Department of Labor; Vincent N. Micone, III; Department of Interior; Doug Burgum; Department of Commerce; Jeremy Pelter; Department of Agriculture; Gary Washington; Department of Energy; Ingrid Kolb; Department of Transportation; Sean Duffy; Department of Justice; James R. McHenry, III; National Science Foundation; Sethuraman Panchanathan; Office of Management and Budget; and Matthew Vaeth are represented by:

Yaakov M. Roth
Eric D. McArthur
Mark R. Freeman
Daniel Tenny
Jack Starcher
Catherine Padhi
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20530
202-514-5091
catherine.m.padhi@usdoj.gov