**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 17, 2025

_____

NOTICE TO RESPOND
RE: SUGGESTION OF DEATH

_____

No.    25-1189,    Natl. Assoc. of Diversity Officers in Higher Edu. v.
                    Donald Trump
                    1:25-cv-00333-ABA

**RESPONSES DUE: On or before March 24, 2025**

TO: All Parties

The parties are directed to file responses, within 5 days, stating whether the current briefing schedule in this appeal should be altered and, if so, proposing an appropriate briefing schedule.

Cyndi Halupa, Deputy Clerk
804-916-2704