# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 8, 2025

_____

DOCKET CORRECTION NOTICE

_____

No.    25-1189,         <u>Natl. Assoc. of Diversity Officers in Higher Edu. v. Donald Trump</u>
                        1:25-cv-00333-ABA

TO:
    Office of Management and Budget
    Department of Agriculture
    Department of Labor
    Department of Justice
    Department of Commerce
    Department of Transportation
    Jeremy Pelter
    Matthew Vaeth
    Donald J. Trump
    Department of Energy
    Dorothy Fink
    Sethuraman Panchanathan
    Gary Washington
    National Science Foundation
    Ingrid Kolb
    Doug Burgum
    Department of Education
    James R. McHenry
    Vincent N. Micone
    Sean Duffy
    Department of Health and Human Services
    Department of Interior
    Denise Carter

FILING CORRECTION DUE:  April 14, 2025

Please make the correction identified below and file a corrected document by the date indicated.

[x] Incorrect event used. Please refile document using ["BRIEF" and select "opening" as the type of brief].

Cyndi Halupa, Deputy Clerk
804-916-2704