No. 25-1189

In The

# United States Court of Appeals for the Fourth Circuit

NATIONAL ASSOCIATION OF DIVERSITY OFFICERS
IN HIGHER EDUCATION, ET AL.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, ET AL.,

*Defendants-Appellants*.

On Appeal from the U.S. District Court
for the District of Maryland
Case No. 1:25-cv-00333-ABA

**MOTION TO WITHDRAW AS COUNSEL**

Ananda V. Burra hereby moves to withdraw his appearance as counsel for Plaintiffs-Appellees, as he will no longer be employed at Democracy Forward Foundation as of April 15, 2025. Plaintiffs-Appellees will continue to be represented by other counsel of record.

Dated: April 11, 2025                     /s/ Ananda V. Burra
                                                                     Ananda V. Burra
                                                                     DEMOCRACY FORWARD FOUNDATION
                                                                     P.O. Box 34553
                                                                     Washington, D.C. 20043

Tel: (202) 448-9090
aburra@democracyforward.org

*Counsel for Plaintiffs-Appellees*

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in Garamond 14-point font using Microsoft Word. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 40 words.

/s/ Ananda V. Burra
Ananda V. Burra

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will serve a copy on all registered users.

/s/ Ananda V. Burra
Ananda V. Burra