# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants-Appellants*. | Case No. 25-1189 |

### UNOPPOSED MOTION FOR LEAVE TO
### FILE SUPPLEMENTAL APPENDIX

Plaintiffs-Appellees, by counsel, after consulting with counsel for Defendants-Appellants, respectfully seeks leave to file the Supplemental Appendix submitted to the Court concurrently with this motion. The Supplemental Appendix is needed because documents that should have been designated for inclusion were inadvertently omitted. In addition, one document was issued by the district court after documents for the Joint Appendix were designated. All documents in the Supplemental Appendix were filed with the district court, Case No. 1:25-cv-00333-ABA. Defendants-Appellants do not oppose this motion.

Niyati Shah  
Noah Baron  
Alizeh Ahmad  
ASIAN AMERICANS ADVANCING JUSTICE | AAJC  
1620 L Street NW, Suite 1050  
Washington, D.C. 20036  
(202) 296-2300  
nshah@advancingjustice-aajc.org  
nbaron@advancingjustice-aajc.org  
aahmad@advancingjustice-aajc.org  

*/s/ Aleshadye Getachew*  
Aleshadye Getachew  
Cynthia Liao  
J. Sterling Moore  
Audrey Wiggins  
Brooke Menschel  
Skye Perryman  
DEMOCRACY FORWARD FOUNDATION  
P.O. Box 34553  
Washington, D.C. 20043  
(202) 448-9090  
agetachew@democracyforward.org  
cliao@democracyforward.org  
smoore@democracyforward.org  
awiggins@democracyforward.org  
bmenschel@democracyforward.org  
sperryman@democracyforward.org  

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 8, 2025                     /s/ *Aleshadye Getachew*

                                                                            Aleshadye Getachew