# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 9, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No.  25-1189,        <u>Natl. Assoc. of Diversity Officers in Higher Edu. v. Donald Trump</u>
                     1:25-cv-00333-ABA

TO:   National Association of Diversity Officers in Higher Education
      American Association of University Professors
      Mayor and City Council of Baltimore, Maryland
      Restaurant Opportunities Centers United

BRIEF CORRECTION DUE:  May 14, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[x] <u>See Checklist</u>: Please make corrections identified on attached checklist.

[x] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

Cyndi Halupa, Deputy Clerk
804-916-2704