UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an [Application for Admission](#) before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at [Register for eFiling](#).

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 25-1189 as

☐ Retained    ☐ Court-appointed(CJA)    ☐ CJA associate    ☐ Court-assigned(non-CJA)    ☐ Federal Defender

☐ Pro Bono    ☐ Government

COUNSEL FOR: Amicus Curiae (see attached list)

_____ as the
(party name)

☐ appellant(s)    ☐ appellee(s)    ☐ petitioner(s)    ☐ respondent(s)    ☑ amicus curiae    ☐ intervenor(s)    ☐ movant(s)

/s/ Amanda Gómez
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage My Account](#).**

| | |
|---|---|
| Amanda Gómez | 212.603.6475 |
| Name (printed or typed) | Voice Phone |
| Davis Wright Tremaine LLP | 212.489.8340 |
| Firm Name (if applicable) | Fax Number |
| 1251 Avenue of the Americas, 21st Floor | |
| New York, NY 10020 | amandagomez@dwt.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

_____             _____
Signature                                                                       Date

## LIST OF AMICI CURIAE

Adasina Social Capital
American Sustainable Business Council
andCo Hospitality, Inc.
Candide Group
Climate Positive Consulting
Color in Green
Current-C Energy Systems, Inc.
ImpactGC LLP
Interfaith Center on Corporate Responsibility
Investor Advocates for Social Justice
Keker, Van Nest & Peters LLP
Main Street Journal
Manufacturing Renaissance
Marketing Partners Inc.
New Energy Partners Inc.
New Jersey Sustainable Business Council
OBERLAND Inc.
Pure Strategies, Inc.
SC Small Business Chamber of Commerce
Seirus Innovative Accessories, Inc.
Sustainability Associates LLC
The Burton Corporation
The Verna Myers Company
Upstate Steel
Urban Justice Center
Vera Institute of Justice, Inc.
WA LEAD
Working IDEAL