# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.   25-1189,   <u>Natl. Assoc. of Diversity Officers in Higher Edu. v. Donald Trump</u>
                 1:25-cv-00333-ABA

TO:   Department of Agriculture
      Illinois
      Manufacturing Renaissance
      National Association of Diversity Officers in Higher Education
      Dorothy Fink
      Sethuraman Panchanathan
      Climate Positive Consulting
      WA LEAD
      SC Small Business Chamber of Commerce
      Interfaith Center on Corporate Responsibility
      The Verna Myers Company
      New Jersey
      Department of Education
      Michigan
      Rhode Island
      Union of Concerned Scientists
      Delaware
      Urban Justice Center
      Main Street Journal
      American Association of University Professors
      ImpactGC LLP
      Pure Strategies, Inc.
      Department of Labor
      Massachusetts
      California
      Adasina Social Capital

Department of Energy
Working IDEAL
Mayor and City Council of Baltimore, Maryland
National Science Foundation
Ingrid Kolb
American Center for Law and Justice
Vera Institute of Justice, Inc.
Connecticut
Sustainability Associates LLC
Denise Carter
Marketing Partners Inc.
OBERLAND Inc.
The Burton Corporation
Department of Commerce
New York
Keker, Van Nest & Peters LLP
Vermont
New Energy Partners Inc.
Maryland
Restaurant Opportunities Centers United
Private Employers with Diversity, Equity, and Inclusion Programs, et alJames R. McHen
Sean Duffy
Maine
New Jersey Sustainable Business Council
Department of Health and Human Services
American Sustainable Business Council and Co Hospitality, Inc.
Washington
Seirus Innovative Accessories, Inc.
Color in Green
Office of Management and Budget
Department of Justice
Department of Transportation
Jeremy Pelter
Matthew Vaeth
Donald J. Trump
Upstate Steel
Investor Advocates for Social Justice
Colorado
Nevada
Public Justice Center
Gary Washington

Minnesota
Doug Burgum
Oregon
Vincent N. Micone
ACLU of Maryland
Candide Group
Current-C Energy Systems, Inc.
Department of Interior
Hawaii

RESPONSE DUE: 06/12/2025

Response is required to the notice requesting information regarding similar cases on or before 06/12/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Donna Lett, Deputy Clerk
804-916-2704