# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.    25-1189,      Natl. Assoc. of Diversity Officers in Higher Edu. v. Donald Trump
                              1:25-cv-00333-ABA

TO:     andCo Hospitality, Inc.

RESPONSE DUE: 06/12/2025

Response is required to the notice requesting information regarding similar cases on or before 06/12/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Donna Lett, Deputy Clerk
804-916-2704