**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 11, 2025

_____

DOCKET CORRECTION NOTICE

_____

No.    25-1189,      <u>Natl. Assoc. of Diversity Officers in Higher Edu. v.</u>
                     <u>Donald Trump</u>
                     1:25-cv-00333-ABA

TO:    National Association of Diversity Officers in Higher Education
       American Association of University Professors
       Mayor and City Council of Baltimore, Maryland
       Restaurant Opportunities Centers United

BRIEF (paper copy only) CORRECTION DUE:  June 16, 2025

Please make the correction identified below and file a corrected document by the
due date indicated. Arrangements may be made with the clerk for return of paper
copies for correction, if applicable.

[x] The paper copies of the brief received is double-sided.  Single-sided copying is
required.  Please correct and mail 4 corrected paper copies.

Cyndi Halupa, Deputy Clerk
804-916-2704