# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

June 18, 2025

_____

NOTICE

_____

No.   25-1189,   Natl. Assoc. of Diversity Officers in Higher Edu. v. Donald Trump
1:25-cv-00333-ABA

TO: Counsel for Appellants and Counsel for Appellees

In light of Restaurant Opportunities Centers United's notice of voluntary dismissal in the district court, please provide your input as to whether or not the caption in this case should be amended. Response is requested on or before 06/28/2025.


Cyndi Halupa, Deputy Clerk
804-916-2704