

June 24, 2025

Cyndi Halupa, Deputy Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re:   *Nat'l Ass'n of Diversity Officers in Higher Educ., et al., v. Trump, et al.*, No. 25-1189

Dear Ms. Halupa:

Counsel for both Appellees and Appellants write in response to the Court's June 18, 2025, notice. The parties agree that the caption in this case should be amended to exclude Restaurant Opportunities Centers United in light of its notice of voluntary dismissal in the district court (D.Md. Dkt. 91).

Respectfully submitted,

| *s/ Jack Starcher* | *s/ Aleshadye Getachew* |
|---|---|
| Jack Starcher | Aleshadye Getachew |
| U.S. DEPARTMENT OF JUSTICE | DEMOCRACY FORWARD FOUNDATION |
| 950 Pennsylvania Ave., NW | P.O. Box 34553 |
| Washington, DC 20530 | Washington, DC 20043 |
| (202) 514-8877 | (202) 448-9090 |
| john.e.starcher@usdoj.gov | agetachew@democracyforward.org |
| *Counsel for Appellants* | *Counsel for Appellees* |