# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 26, 2025

_____

RULE 46 ADDITIONAL COPIES

_____

No.    25-1189,    Natl. Assoc. of Diversity Officers in Higher Edu. v. Donald Trump
1:25-cv-00333-ABA

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 06/30/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief | 4 | American Center for Law and Justice |

/s/ NWAMAKA ANOWI, CLERK