

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave NW
Washington, DC 20530

Tel: (202) 514-5091

July 11, 2025

VIA CM/ECF

Nwamaka Anowi
Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

     RE:    *Nat'l Ass'n of Diversity Officers in Higher Education v. Trump*, No. 25-1189

Dear Ms. Anowi:

     I respectfully request leave to withdraw as counsel for the government in this case, as I will no longer be employed by the U.S. Department of Justice as of July 13, 2025. I therefore respectfully request that my appearance be removed from the docket and that my name be removed from the ECF distribution list. Other Department of Justice attorneys will continue to represent the government in this case.

     Sincerely,

     */s/ Catherine Padhi*
     Catherine Padhi

CC (via CM/ECF): all counsel of record