# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1189  
Date of Oral Argument: 09/11/25  
Caption: Nat'l Association of Diversity Officers in Higher Education et al. v. Trump et al.  
Attorney Arguing: Jacob Roth  

Arguing on Behalf of (party name): Donald Trump et al.

Select party type:
☑ Appellant ☐ Appellee ☐ Appellant/Cross-Appellee ☐ Appellee/Cross-Appellant ☐ Amicus ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Jacob Roth  
Phone Number (day of argument): 617-921-9132

Principal Argument Time: 16  
(for appellants and appellees)

Rebuttal Argument Time (if any): 4  
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:  
Phone Number (day of argument):

Principal Argument Time:  
(for appellants and appellees)

Rebuttal Argument Time (if any):  
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:  
Phone Number (day of argument):

Argument Time:  
Select one of the following: ☐ Order allowing argument time  
☐ Court-Appointed Amicus

Signature: /s/ Jacob Roth  
Date: 07/17/25