# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: No. 25-1189     Date of Oral Argument: 09/11/25

Caption: Nat'l Ass'n of Diversity Officers in Higher Ed. et al. v. Donald Trump et al.

Attorney Arguing: Aleshadye Getachew

Arguing on Behalf of (party name):
Plaintiffs-Appellees, Nat'l Ass'n of Diversity Officers in Higher Ed. et al.

Select party type:
☐ Appellant  ☒ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Aleshadye Getachew
Phone Number (day of argument): 703-475-2639

Principal Argument Time: 20                Rebuttal Argument Time (if any):
(for appellants and appellees)             (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:                   Rebuttal Argument Time (if any):
(for appellants and appellees)             (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
Phone Number (day of argument):
Argument Time:            Select one of the following: ☐ Order allowing argument time
                                                       ☐ Court-Appointed Amicus

Signature: /s/ Aleshadye Getachew        Date: 07/17/25