UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1189
(1:25-cv-00333-ABA)
_____

NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND

    Plaintiffs - Appellees

v.

DONALD J. TRUMP; DOROTHY FINK; DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF EDUCATION; DENISE CARTER; DEPARTMENT OF LABOR; VINCENT MICONEI; DEPARTMENT OF INTERIOR; DOUG BURGUM; DEPARTMENT OF COMMERCE; JEREMY PELTER; DEPARTMENT OF AGRICULTURE; GARY WASHINGTON; DEPARTMENT OF ENERGY; INGRID KOLB; DEPARTMENT OF TRANSPORTATION; SEAN DUFFY; DEPARTMENT OF JUSTICE; JAMES MCHENRY; NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN; OFFICE OF MANAGEMENT AND BUDGET; MATTHEW VAETH

    Defendants - Appellants

------------------------------------

AMERICAN CENTER FOR LAW AND JUSTICE

    Amicus Supporting Appellants

ILLINOIS; CALIFORNIA; MASSACHUSETTS; COLORADO; CONNECTICUT; DELAWARE; HAWAII; MAINE; MARYLAND; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; OREGON; RHODE ISLAND; VERMONT; WASHINGTON; PRIVATE EMPLOYERS WITH DIVERSITY, EQUITY, AND INCLUSION PROGRAMS, AND ORGANIZATIONS THAT SUPPORT THEM; ACLU OF MARYLAND; PUBLIC JUSTICE CENTER; UNION OF CONCERNED SCIENTISTS

Amici Supporting Appellees

_____

O R D E R

_____

Each party is directed to file a supplemental brief of no more than ten pages by August 14, 2025, addressing what import, if any, the Supreme Court's recent decision in *Trump v. CASA*, 145 S. Ct. 2540 (2025), has on the scope of the appeal and any appropriate remedy.

For the Court

/s/ Nwamaka Anowi, Clerk