UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1189
(1:25-cv-00333-ABA)

_____

NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND

      Plaintiffs - Appellees

v.

DONALD J. TRUMP; DOROTHY FINK; DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF EDUCATION; DENISE CARTER; DEPARTMENT OF LABOR; VINCENT MICONEI; DEPARTMENT OF INTERIOR; DOUG BURGUM; DEPARTMENT OF COMMERCE; JEREMY PELTER; DEPARTMENT OF AGRICULTURE; GARY WASHINGTON; DEPARTMENT OF ENERGY; INGRID KOLB; DEPARTMENT OF TRANSPORTATION; SEAN DUFFY; DEPARTMENT OF JUSTICE; JAMES MCHENRY; NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN; OFFICE OF MANAGEMENT AND BUDGET; MATTHEW VAETH

      Defendants - Appellants

------------------------------------

AMERICAN CENTER FOR LAW AND JUSTICE

      Amicus Supporting Appellants

ILLINOIS; CALIFORNIA; MASSACHUSETTS; COLORADO; CONNECTICUT; DELAWARE; HAWAII; MAINE; MARYLAND; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; OREGON; RHODE ISLAND; VERMONT; WASHINGTON; PRIVATE EMPLOYERS WITH DIVERSITY, EQUITY, AND INCLUSION PROGRAMS, AND ORGANIZATIONS THAT SUPPORT THEM; ACLU OF MARYLAND; PUBLIC JUSTICE CENTER; UNION OF CONCERNED SCIENTISTS

  Amici Supporting Appellees

---

# J U D G M E N T

---

  In accordance with the decision of this court, the district court order entered February 21, 2025 is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

            /s/ NWAMAKA ANOWI, CLERK