FILED: March 31, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1189
(1:25-cv-00333-ABA)

_____

NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER
EDUCATION; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS;
MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND

          Plaintiffs - Appellees

v.

DONALD J. TRUMP; DOROTHY FINK; DEPARTMENT OF HEALTH AND
HUMAN SERVICES; DEPARTMENT OF EDUCATION; DENISE CARTER;
DEPARTMENT OF LABOR; VINCENT MICONEI; DEPARTMENT OF
INTERIOR; DOUG BURGUM; DEPARTMENT OF COMMERCE; JEREMY
PELTER; DEPARTMENT OF AGRICULTURE; GARY WASHINGTON;
DEPARTMENT OF ENERGY; INGRID KOLB; DEPARTMENT OF
TRANSPORTATION; SEAN DUFFY; DEPARTMENT OF JUSTICE; JAMES
MCHENRY; NATIONAL SCIENCE FOUNDATION; SETHURAMAN
PANCHANATHAN; OFFICE OF MANAGEMENT AND BUDGET;
MATTHEW VAETH

          Defendants - Appellants

------------------------------------

AMERICAN CENTER FOR LAW AND JUSTICE

          Amicus Supporting Appellants

ILLINOIS; CALIFORNIA; MASSACHUSETTS; COLORADO;
CONNECTICUT; DELAWARE; HAWAII; MAINE; MARYLAND;
MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK;
OREGON; RHODE ISLAND; VERMONT; WASHINGTON; PRIVATE
EMPLOYERS WITH DIVERSITY, EQUITY, AND INCLUSION PROGRAMS,
AND ORGANIZATIONS THAT SUPPORT THEM; ACLU OF MARYLAND;
PUBLIC JUSTICE CENTER; UNION OF CONCERNED SCIENTISTS

   Amici Supporting Appellees

--------------------

## M A N D A T E

--------------------

The judgment of this court, entered February 6, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*